**Billy William AKERS, Plaintiff-Appellee,**

v.

**Willis F. ARNETT, et al., Defendants-Appellants.**

**No. 84–2050.**

United States Court of Appeals, Fifth Circuit.

Dec. 10, 1984.

Royston, Rayzor, Vickery & Williams, James P. Cooney, Houston, Tex., for defendants-appellants.

Daniel K. Hedges, U.S. Atty., James R. Gough, C.J. (Neil) Calnan, Linda Cipriani, Asst. U.S. Attys., Houston, Tex., William H. Berger, Atty., Dept. of Labor, Atlanta, Ga., for plaintiff-appellee.

Before RUBIN, TATE, and HILL, Circuit Judges.

PER CURIAM:

AFFIRMED for the reasons set forth in the district court opinion filed December 16, 1983, *Akers v. Trustees of Maritime*

*Association,* civil action no. H–82–3769, United States District Court for the Southern District of Texas, 597 F.Supp. 557 (1983).

AFFIRMED.